UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE NATIONAL COURT OF FIRST INSTANCE IN CIVIL MATTERS NO. 41 IN BUENOS AIRES, ARGENTINA IN THE MATTER OF ELIZALDE IRMA RIBEIRO | CASE NO. |

## APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

The United States of America, by and through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Katerina Ossenova, Senior Trial Counsel, at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the purpose of obtaining bank records from Pershing LLC. Certain information has been requested by the National Court of First Instance in Civil Matters No. 41 in Buenos Aires ("Argentine Court"), pursuant to a Letter of Request issued by the Argentine Court in connection with a civil judicial proceeding captioned in the *Matter of Elizalde Irma Ribeiro*, Foreign Reference Number 739/2022.

The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated: May 25, 2022                              Respectfully submitted,

                                                  PHILIP R. SELLINGER
                                                  United States Attorney

                                                  BRIAN BOYNTON
                                                  Principal Deputy Assistant Attorney General
                                                  Civil Division, United States Department of Justice

                                                  JEANNE E. DAVIDSON
                                                  Director, Office of International Judicial Assistance
                                                  Civil Division, United States Department of Justice

                         By:    /s/ Katerina Ossenova
                                                  KATERINA OSSENOVA
                                                  Senior Trial Counsel
                                                  United States Department of Justice, Civil Division
                                                  Office of Foreign Litigation
                                                  Office of International Judicial Assistance
                                                  1100 L Street, NW
                                                  Room 8102
                                                  Washington, DC 20530
                                                  Telephone: 202-353-0194
                                                  Email: Katerina.V.Ossenova@usdoj.gov